# EXHIBIT C

**AAM Front Propeller Shaft P/N 68312648AC (the "Propshaft")[1]**

| U.S. Patent No. 11,434,958 | Accused Product |
|---|---|
| **Claim 1** | |
| [1.1] A joint assembly comprising: | To the extent this preamble is limiting, the Propshaft meets this limitation because it includes a joint assembly, as shown below.  Joint assembly |

---

[1] To the extent that that any apparent claim construction or applications thereof are reflected in these charts, nothing herein should be construed as an admission that Neapco agrees or disagrees with any such construction. Furthermore, the contentions in this chart are based on the limited publicly available information gathered to date; Neapco reserves the right to supplement these infringement contentions as additional information becomes available. Further, to the extent that AAM contends that its product does not infringe any claim elements literally, AAM nevertheless infringes under the doctrine of equivalents.

| [1.2] a first member having a first engagement means and an interior surface recess; | The Propshaft meets this limitation because it includes a first member having a first engagement means (e.g., splines) and an interior surface recess, as shown below.  |

| | |
|---|---|
| [1.3] a second member having a second engagement means and an exterior surface recess, | The Propshaft meets this limitation, at least as contributory infringement, because the Propshaft is especially made or especially adapted for use with a second member[2] of the transfer case having a second engagement means (e.g., splines) and an exterior surface recess, as shown below.  |



Second member

Exterior surface recess

Second engagement means (splines)

---

[2] The second member is provided by a third-party, not AAM.

| [1.4] a portion of the second member disposed within the first member, | The Propshaft meets this limitation because a portion of the second member is disposed within the first member, as shown below.  |
|---|---|

| | |
|---|---|
| [1.5] the second engagement means engaging the first engagement means to provide a coupling of the second member to the first member; | The Propshaft meets this limitation because the second engagement means (e.g., splines) engage the first engagement means (e.g., splines) to provide a coupling of the second member to the first member, as shown below.<br><br> |

| [1.6] a window formed within the first member where the portion of the second member is disposed within the first member; | The Propshaft meets this limitation because a window is formed within the first member where the portion of the second member is disposed within the first member, as shown below.  |
|---|---|

| [1.7] a retaining means configured to retain the coupling of the second member to the first member, | The Propshaft meets this limitation because a retaining means (e.g., a retaining ring) is configured to retain the coupling of the second member to the first member, as shown below.<br><br> |
|---|---|



Retaining means

| [1.8] wherein distal ends of the retaining means are accessible through the window, | The Propshaft meets this limitation because the distal ends of the retaining means are accessible through the window, as shown below.  Distal ends of retaining means  Window |
| --- | --- |

| [1.9] wherein the distal ends of the retaining means extend in a direction radially outwardly into the window to a point at or radially inwardly from an outer wall of the first member, and | The Propshaft meets this limitation because the distal ends of the retaining means extend in a direction radially outwardly into the window to a point at or radially inwardly from an outer wall of the first member, as shown below. |
|---|---|

Outer wall of first member



Distal ends extending in a direction radially outwardly into the window to a point radially inwardly from an outer wall of the first member

| | |
|---|---|
| [1.10] wherein the retaining means is received partially into each of the interior surface recess of the first member and the exterior surface recess of the second member when the retaining means retains the coupling of the second member to the first member; and | The Propshaft meets this limitation because the retaining means are receiving partially into the interior surface recess of the first member, as shown below.<br><br><br><br>Retaining means received in interior surface recess |

While not visible when the portion of the second member is disposed within the first member, the retaining means is received partially into the exterior surface recess of the second member when the retaining means retains the coupling of the second member to the first member.



Exterior surface recess that receives retaining means

| [1.11] a seal configured to cover the window, | The Propshaft meets this limitation, at least as contributory infringement, because the Propshaft is especially made or especially adapted for use with a seal[3] configured to cover the window, as shown below.  |
| --- | --- |

Seal that covers window

---

[3] The seal is provided by a third-party, not AAM.



Seal

| [1.12] the seal coupled to the second member adjacent an end of the first member, the seal coupled to the first member adjacent the window, | The Propshaft meets this limitation because the seal is coupled to the second member adjacent an end of the first member, and the seal is coupled to the first member adjacent the window, as shown below.<br><br> |
|---|---|

| [1.13] wherein a cylindrical portion of the seal covers the outer wall of the first member along at least a portion of a perimeter of the window, | The Propshaft meets this limitation because a cylindrical portion of the seal covers the outer wall of the first member along at least a portion of a perimeter of the window, as shown below.  |



Cylindrical portion of seal

| | |
|---|---|
| [1.14] wherein the seal further includes a corrugated portion disposed adjacent the cylindrical portion, and wherein the corrugated portion is spaced radially from each of the first member and the second member. | The Propshaft meets this limitation because the seal further includes a corrugated portion disposed adjacent the cylindrical portion, and wherein the corrugated portion is spaced radially from each of the first member and the second member, as shown below.<br><br><br><br><span style="color:red">Corrugated portion of seal spaced radially from each of the first member and the second member</span> |



Corrugated portion of seal