# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NEAPCO COMPONENTS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-12470-LVP-EAS |
| | ) Hon. Linda V. Parker |
| AMERICAN AXLE & MANUFACTURING, INC., | ) Mag. Judge Elizabeth A. Stafford |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Jacob T. Michalakes of the law firm of Steptoe LLP hereby enters his appearance as counsel on behalf of Defendant American Axle & Manufacturing, Inc., in the above-referenced civil action.

DATED: March 6, 2025              Respectfully Submitted,

*/s/ Jacob T. Michalakes*

James R. Nuttall (IL Bar No. 6243585)
Robert F. Kappers (IL Bar No. 6313187)
Jacob T. Michalakes (IL Bar No. 6336389)
**STEPTOE LLP**
227 West Monroe, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
Email: jnuttall@steptoe.com
Email: rkappers@steptoe.com
Email: jmichalakes@steptoe.com

*Attorneys for Defendant American Axle & Manufacturing, Inc.*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Jacob T. Michalakes*
Jacob T. Michalakes