IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NEAPCO COMPONENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AXLE &<br><br>MANUFACTURING, INC.,<br><br>Defendant. | Case No. 2:23-cv-12470-LVP-EAS<br><br>Hon. Linda V. Parker<br><br>Mag. Judge Elizabeth A. Stafford<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATED ORDER**

Plaintiff Neapco Components, LLC and Defendant American Axle & Manufacturing, Inc., by and through their respective counsel, hereby stipulate to the following deadlines:

1

59877601.3

| EVENT[1] | DEADLINE |
|---|---|
| Application to Court for Protective Order (¶ 4) | 21 days following entry of this Order |
| Application to Court for ESI Order (¶ 5) | 21 days following entry of this Order |
| Plaintiff to identify accused method(s) and/or products, damages model, asserted patents, and produce file histories (¶ 6a) | March 7, 2025 |
| Defendant to produce core technical documents and sales figures of accused methods(s) and/or products (¶ 6b) | April 18, 2025 |
| Plaintiff to produce initial infringement claim chart(s) (¶ 6c) | May 30, 2025 |
| Joint Notice Regarding Status of Defendant's IPRs (¶ 3a) | June 20, 2025 |
| Joinder of other parties and amendment of | July 11, 2025 |

---

[1] The references to paragraphs in the below events correspond to the paragraphs in the parties Proposed Scheduling Order (ECF No. 27).

59877601.3

| | |
|---|---|
| pleadings (¶ 2) | |
| Defendant to produce its initial invalidity contentions (¶ 6d) | July 11, 2025 |
| Deadline for Defendant to move to stay pending Defendant's IPRs (¶ 3b) | July 11, 2025 |
| Exchange list of claim terms and proposed constructions (¶ 9) | July 25, 2025 |
| Submit joint claim construction chart (¶ 9) | August 8, 2025 |
| Parties' opening claim construction brief (20 pages) (¶ 10) | September 5, 2025 |
| Parties' answering claim construction brief (30 pages) (¶ 10) | October 3, 2025 |
| Joint Claim Construction Brief (¶ 10) | October 10, 2025 |
| Claim construction hearing (¶ 11) | Subject to the Court's availability, October or November 2025 |
| Document production substantially complete (¶ 7b) | November 7, 2025 |
| Fact discovery cut off (¶ 7a) | February 13, 2026 |

3

59877601.3

| | |
|---|---|
| Opening expert reports (¶ 7.f.i) | April 17, 2026 |
| Responsive expert reports (¶ 7.f.i) | May 15, 2026 |
| End of expert discovery period (¶ 7.f.iii) | June 26, 2026 |
| Summary judgment motions and opening briefs therefor (¶ 13); *Daubert* motions and opening briefs therefor (¶ 7.f.ii) | August 28, 2026 |

                                                    s/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: March 25, 2025

59877601.3

AGREED AND STIPULATED

TO: March 25, 2025

By: */s/ Yafeez S. Fatabhoy*
J. Michael Huget (P39150)
Sarah Waidelich (P80225)
David J. Thomas (P82938)
Yafeez S. Fatabhoy
HONIGMAN LLP
315 East Eisenhower Parkway
Suite 100
Ann, Arbor, MI 48108
Telephone: +1 (734) 418-4254
Facsimile: +1 (723 418-4255
mhuget@hoigman.com
yfatabhoy@honigman.com

Dennis J. Abdelnour
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: +1 (312) 701-9348

*Attorneys for Plaintiff, Neapco Components, LLC*

By: */s/ Lisa A. Brown*
Lisa A. Brown (P67208)
**DYKEMA GOSSETT PLLC**
400 Renaissance Center Detroit, MI  48243
(313) 568-6800
lbrown@dykema.com

Steven McMahon Zeller (IL 6238416)
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312-627-2272)
szeller@dykema.com

-and-

James R. Nuttall (IL Bar No. 6243585)
Robert F. Kappers (IL Bar No. 6313187)
Candice J. Kwark (IL Bar No. 6332282)
Jacob T. Michalakes (IL Bar No. 6336389)

**STEPTOE LLP**
227 West Monroe, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Email: jnuttall@steptoe.com
Email: rkappers@steptoe.com
Email: ckwark@steptoe.com
Email: jmichalakes@steptoe.com
*Attorneys for Defendant, American Axle & Manufacturing, LLC*

5

59877601.3