# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NEAPCO COMPONENTS, LLC, </br></br>Plaintiff, </br></br>v. </br></br>AMERICAN AXLE & MANUFACTURING, INC., </br></br>Defendant. | Case No. 2:23-cv-12470-LVP-EAS </br>Hon. Linda V. Parker </br></br>**JURY TRIAL DEMANDED** |

## STIPULATED ORDER TO EXTEND TIME TO APPLY FOR ESI ORDER

Whereas, Neapco Components, LLC ("Plaintiff") and American Axle & Manufacturing, Inc. ("Defendant") met and conferred, and agreed, subject to the approval and Order of the Court, to extend certain deadlines in this action set forth in the Stipulated Order Setting Deadlines (Dkt. No. 34) entered March 25, 2025 and the Stipulated Order Setting Deadlines (Dkt. No. 35) entered April 16, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the below deadlines shall be modified as follows:

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Application to Court for ESI Order (¶ 5) | April 22, 2025 | May 2, 2025 |

1

**SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: April 23, 2025

AGREED AND STIPULATED

TO: April 22, 2025

By: /s/ Yafeez S. Fatabhoy
J. Michael Huget
Yafeez S. Fatabhoy
HONIGMAN LLP
315 East Eisenhower Parkway
Suite 100
Ann, Arbor, MI 48108
Telephone: +1 (734) 418-4254
Facsimile: +1 (723 418-4255
mhuget@hoigman.com
yfatabhoy@honigman.com

Dennis J. Abdelnour
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: +1 (312) 701-9348

*Attorneys for Neapco Components, LLC*

By: /s/ Robert F. Kappers

Lisa A. Brown (P67208)
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6800
Email: lbrown@dykema.com

Steven McMahon Zeller (IL 6238416)
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2272
szeller@dykema.com

James R. Nuttall (IL Bar No. 6243585)
Robert F. Kappers (IL Bar No. 6313187)
Candice J. Kwark (IL Bar No. 6332282)
Jacob T. Michalakes (IL Bar No. 6336389)
**STEPTOE LLP**
227 West Monroe, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
Email: jnuttall@steptoe.com
Email: rkappers@steptoe.com
Email: ckwark@steptoe.com
Email: jmichalakes@steptoe.com

*Attorneys for Defendant American Axle & Manufacturing, Inc.*

3