IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

NEAPCO COMPONENTS, LLC,

                    Plaintiff,

        v.

AMERICAN AXLE &
MANUFACTURING, INC.,

                    Defendant.

Case No. 2:23-cv-12470-LVP-EAS

Hon. Linda V. Parker

Mag. Judge Elizabeth A. Stafford

**JURY TRIAL DEMANDED**

## STATUS REPORT AND STIPULATED ORDER TO STAY THIS LITIGATION PENDING *INTER PARTES* REVIEWS

On May 29, 2025, the U.S. Patent Trial and Appeal Board ("PTAB") instituted *inter partes* reviews of both asserted patents, U.S. Patent Nos. 11,434,958 and 11,598,376. *See American Axle & Manufacturing, Inc. v. Neapco Components, LLC*, IPR2025-00090, Paper 8 (P.T.A.B. May 29, 2025); *American Axle & Manufacturing, Inc. v. Neapco Components, LLC*, IPR2025-00091, Paper 7 (P.T.A.B. May 29, 2025).

The PTAB must issue a final written decision in each *inter partes* review by May 29, 2026.

The parties, Plaintiff Neapco Components, LLC and Defendant American Axle & Manufacturing, Inc., met and conferred, and agreed, subject to the approval

and Order of the Court, (1) to stay this litigation until the PTAB issues final written decisions in both *inter partes* reviews, and, (2) within 10 days after the PTAB issues final written decisions in both *inter partes* reviews, to submit a joint report outlining the outcome of the *inter partes* reviews and proposing a schedule for the remainder of this litigation.  The parties agree that a stay is appropriate here because (1) a stay may simplify the issues in question and trial of the case; (2) a stay will not unduly prejudice or present a clear tactical advantage to either party; and (3) discovery and claim construction is not complete and a trial date has not been set.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to approval of the Court, (1) this litigation is stayed until the PTAB issues final written decisions in both *inter partes* reviews, and, (2) within 10 days after the PTAB issues final written decisions in both *inter partes* reviews, the parties shall submit a joint report outlining the outcome of the *inter partes* reviews and proposing a schedule for the remainder of this litigation.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 8, 2025

**AGREED AND STIPULATED TO**:

June 12, 2025

By: */s/ J. Michael Huget (with permission)*

J. Michael Huget (P39150)
Sarah Waidelich (P80225)
David J. Thomas (P82938)
mhuget@honigman.com
swaidelich@honigman.com
dthomas@honigman.com
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000

Dennis J. Abdelnour
Honigman LLP
321 N. Clark St., Suite 500
Chicago, IL 60654
(312) 701-9300
dabdelnour@honigman.com

*Attorneys for Plaintiff Neapco*
*Components, LLC*

By: */s/ Robert F. Kappers*

Lisa A. Brown (P67208)
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6800
Email: lbrown@dykema.com

Steven McMahon Zeller
(IL 6238416)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2272
szeller@dykema.com

James R. Nuttall
(IL Bar No. 6243585)
Robert F. Kappers
(IL Bar No. 6313187)
Candice J. Kwark
(IL Bar No. 6332282)
Jacob T. Michalakes
(IL Bar No. 6336389)
STEPTOE LLP
227 West Monroe, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
Email: jnuttall@steptoe.com
Email: rkappers@steptoe.com
Email: ckwark@steptoe.com
Email: jmichalakes@steptoe.com

*Attorneys for Defendant American*
*Axle & Manufacturing, Inc.*