## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| NEAPCO COMPONENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:23-cv-12470-LVP-EAS |
| AMERICAN AXLE & | ) | Hon. Linda V. Parker |
| MANUFACTURING, INC., | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Neapco Components, LLC ("Neapco") and Defendant American Axle & Manufacturing, Inc. ("AAM") stipulate to dismissal with prejudice of the present action.  Each Party shall bear its own costs and attorneys' fees.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 20, 2025

AGREED AND STIPULATED TO:

1

August 20, 2025

By: /s/ J. Michael Huget
J. Michael Huget (P39150)
Sarah E. Waidelich (P80225)
Yafeez S. Fatabhoy (P83064)
**HONIGMAN LLP**
315 East Eisenhower Parkway
Suite 100
Ann, Arbor, MI 48108
Telephone: (734) 418-4254
Facsimile: (723 418-4255
mhuget@hoigman.com
swaidelich@honigman.com
yfatabhoy@honigman.com

Dennis J. Abdelnour (IL 6292242)
**HONIGMAN LLP**
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: (312) 701-9348
dabdelnour@honigman.com

David J. Thomas (P82938)
**HONIGMAN LLP**
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7000
dthomas@honigman.com

*Attorneys for Plaintiff*
*Neapco Components, LLC*

By: /s/ Robert F. Kappers (with permission)
Lisa A. Brown (P67208)
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6800
Email: lbrown@dykema.com

Steven McMahon Zeller (IL 6238416)
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2272
szeller@dykema.com

James R. Nuttall (IL 6243585)
Robert F. Kappers (IL 6313187)
Candice J. Kwark (IL 6332282)
Jacob T. Michalakes (IL 6336389)
**STEPTOE LLP**
227 West Monroe, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
jnuttall@steptoe.com
rkappers@steptoe.com
ckwark@steptoe.com
jmichalakes@steptoe.com

*Attorneys for Defendant*
*American Axle & Manufacturing, Inc.*